**No. 08-775. Hugo Alejandro Villegas Duran, Petitioner v. Johana Ivette Arribada Beaumont.**

561 U.S. 1048, 131 S. Ct. 40, 177 L. Ed. 2d 1123, 2010 U.S. LEXIS 5622.

July 26, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 560 U.S. 921, 130 S. Ct. 3318, 176 L. Ed. 2d 1216, 2010 U.S. LEXIS 4311.

**No. 08-1470. Mary Berghuis, Warden, Petitioner v. Van Chester Thompkins.**

561 U.S. 1046, 131 S. Ct. 33, 177 L. Ed. 2d 1123, 2010 U.S. LEXIS 5593.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 370, 130 S. Ct. 2250, 176 L. Ed. 2d 1098, 2010 U.S. LEXIS 4379.

**No. 09-862. John Anthony Magyar, Petitioner v. Mississippi.**

561 U.S. 1046, 131 S. Ct. 33, 177 L. Ed. 2d 1123, 2010 U.S. LEXIS 5608.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 903, 130 S. Ct. 3274, 176 L. Ed. 2d 1182, 2010 U.S. LEXIS 3999.

**No. 09-1081. Victor Muresan, et ux., Petitioners v. Brian Fish, et ux., et al.**

561 U.S. 1046, 131 S. Ct. 33, 177 L. Ed. 2d 1123, 2010 U.S. LEXIS 5563.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 904, 130 S. Ct. 3277, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 3929.

**No. 09-1092. Shedran Williams, Petitioner v. Louisiana.**

561 U.S. 1046, 131 S. Ct. 33, 177 L. Ed. 2d 1123, 2010 U.S. LEXIS 5548.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 905, 130 S. Ct. 3278, 176 L. Ed. 2d 1184, 2010 U.S. LEXIS 3986.

**No. 09-1166. Reza H. Ahmadi, Petitioner v. Static Control Components, Inc.**

561 U.S. 1046, 131 S. Ct. 33, 177 L. Ed. 2d 1123, 2010 U.S. LEXIS 5587.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 939, 130 S. Ct. 3356, 176 L. Ed. 2d 1246, 2010 U.S. LEXIS 4544.

**No. 09-1202. Cyrus Y. Kim, Petitioner v. City of Federal Way, Washington.**

561 U.S. 1046, 131 S. Ct. 33, 177 L. Ed. 2d 1123, 2010 U.S. LEXIS 5571.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 952, 130 S. Ct. 3387, 177 L. Ed. 2d 303, 2010 U.S. LEXIS 4642.